Arturo Bernal
FULL NAME

COMMITTED NAME (if different)

Kern Valley State Prison, A3-229
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O Box 5101
Delano, CA 93216

G39063
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Arturo Bernal,

PLAINTIFF.

Alex Villanueva, et al.

DEFENDANT(S).

CASE NUMBER

22-cv-01423-MEMF(SK)
To be supplied by the Clerk

Amended
CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983, 1985(2)&(3), Monell Claim
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    Defendants _____
    _____

b.  Court _____
    _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
    appealed? Is it still pending?) _____

f.  Issues raised: _____
    _____
    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

    If your answer is no, explain why not _____
    _____
    _____
    _____

3.  Is the grievance procedure completed? ☐ Yes   ☒ No

    If your answer is no, explain why not __Transferred back to prison beforehand, no
    Notice of a finding sent to "Mailing address" on grievance.__

4.  Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ **Arturo Bernal**
                                                                    (print plaintiff's name)
who presently resides at **Kern Valley State Prison, P.O Box 5101, Delano, CA**
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_____ **Los Angeles County, Mens Central Jail**
           (institution city where violation occurred)

on (date or dates) __1-7, 1-9-21__ . __1-9-21__ . _____
(Claim I)                    (Claim II)                    (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant    __Alex Villanueva__                              resides or works at
    (full name of first defendant)
    __Los Angeles County Sheriff's Department__
    __441 Bauchet St., LA, CA 90012__
    (full address of first defendant)
    __Sheriff__
    (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
__Succeeded fmr. Sheriff Lee Baca who also condoned pattern/practice__
__of deputies employing excessive force under legislative scrutiny__

2.  Defendant    __George P. Marroquin__                          resides or works at
    (full name of first defendant)
    __Los Angeles County, Mens Central Jail/4400 D-Row__
    __441 Bauchet St., LA, CA 90012__
    (full address of first defendant)
    __Sheriff's Deputy/ Correctional Officer__
    (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Assaulted Plaintiff for exercizing his 1st Amendment right to__
__speak to the defendants supervisor re Covid precautions.__

3.  Defendant    __Peter A. Valle De Cruz__                       resides or works at
    (full name of first defendant)
    __Los Angeles County, Mens Central Jail/4400 D-Row__
    __441 Bauchet St., LA, CA 90012__
    (full address of first defendant)
    __Sheriff's Deputy/ Correctional Officer__
    (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment__
__right to speak to the defendants supervisor re Covid precautions__

on (date or dates) _____ . _____ . _____
                              (Claim I)                    (Claim II)                    (Claim III)

NOTE:     You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4.  Defendant              Gregory M. Gibbons                              resides or works at
                  (full name of first defendant)
      Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA, CA 90012
                  (full address of first defendant)

              Sheriff's Deputy/ Correctional Officer
                  (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment right to speak to the defendants supervisor re Covid precautions

5.  Defendant              Michael O. Tamayo                               resides or works at
                  (full name of first defendant)
      Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA,CA 90012
                  (full address of first defendant)

              Sheriff's Deputy/ Correctional Officer
                  (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment right to speak to the defendants supervisor re Covid precautions

6.  Defendant              Daniel A. Flores                                resides or works at
                  (full name of first defendant)
      Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA, CA 90012
                  (full address of first defendant)

              Sheriff's Deputy/ Correctional Officer
                  (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment right to speak to the defendants supervisor re Covid precautions

on (date or dates) _____ , _____ , _____
(Claim I)                     (Claim II)                     (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

7.  Defendant _____ Ivan R. Carrillo _____ resides or works at
                          (Full name of first defendant)
    Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA, CA 90012
              (Full address of first defendant)

         Sheriff's Deputy/ Correctional Officer
         (Defendant's position and title, if any)

The defendant is sued in his her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

 Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment
 right to speak to the defendants supervisor re Covid precautions

8.  Defendant _____ Timothy J. Loaiza _____ resides or works at
                          (Full name of first defendant)
    Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA, CA 90012
              (Full address of first defendant)

         Sheriff's Deputy/ Correctional Officer
         (Defendant's position and title, if any)

The defendant is sued in his her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

 Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment
 right to speak to the defendants supervisor re Covid precautions

9.  Defendant _____ James N. Flores _____ resides or works at
                          (Full name of first defendant)
    Los Angeles County, Mens Central Jail/4400 D-Row
              441 Bauchet St., LA, CA 90012
              (Full address of first defendant)

         Sheriff's Deputy/ Correctional Officer
         (Defendant's position and title, if any)

The defendant is sued in his her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

 Stoodby/ or assaulted Plaintiff for exercizing his 1st Amendment
 right to speak to the defendants supervisor re Covid precautions

on (date or dates) _____ . _____ . _____
                         (Claim I)          (Claim II)          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
         five (5) defendants, make a copy of this page to provide the information for additional defendants.

10   Defendant _____ Angelo N. Quintero _____ resides or works at
                         (full name of first defendant)
         Los Angeles County, Mens Central Jail/4400 D-Row
                         441 Bauchet St., LA, CA 90012
                         (full address of first defendant)

                 Sheriff's Deputy/ Correctional Officer
                         (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Stoodby/ or assaulted Plaintiff for exercising his 1st Amendment
right to speak to the defendants supervisor re Covid precautions

11   Defendant _____ Arturo Alonso _____ resides or works at
                         (full name of first defendant)
         Los Angeles County, Mens Central Jail/4400 D-Row
                         441 Bauchet St., LA, CA 90012
                         (full address of first defendant)

                 Sheriff's Deputy/ Correctional Officer
                         (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Stoodby/ or assaulted Plaintiff for exercising his 1st Amendment
right to speak to the defendants supervisor re Covid precautions

12.  Defendant _____ Jerome A. Gage _____ resides or works at
                         (full name of first defendant)
         Los Angeles County, Mens Central Jail/4400 D-Row
                         441 Bauchet St., LA, CA 90012
                         (full address of first defendant)

                 Sheriff's Correctional Sergeant
                         (Defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Stoodby observing assaults on Plaintiff for exercising his 1st
Amendment right to speak to a Sgt., or higher-up re Covid precaut

13. Defendant _____ Christopher H. Le _____ resides or works at
(full name of first defendant)

Los Angeles County, Mens Central Jail/4400 D-Row
441 Bauchet St., LA, CA 90012
(full address of first defendant)

Sheriff's Correctional Sergeant
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Aware of pattern of abuse at the jail, and noncompliance with
Covid precautions

14. Defendant _____ John Doe 1 _____ resides or works at
(full name of first defendant)

Los Angeles County, Mens Central Jail/4400 D-Row
441 Bauchet St., LA, CA 90012
(full address of first defendant)

Sheriff's Correctional Sergeant
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Stoodby observing assaults on Plaintiff for exercizing his 1st
Amendment right to speak to a Sgt., or higher-up re Covid precaut

D. CLAIMS*

CLAIM I

The following civil right has been violated:

•1st Amendment violation- Free expression without being subject to retaliation;

•14th Amendment Due Process- Unauthorized medical evaluation preformed by involved officers following assault on Plaintiff;
     -Involved officers deprived Plaintiff of medical attention following assault/ use of force, omitting injuries sustained by Plaintiff from reports, constituting a conspiracy to obstruct justice within the meaning of 42 USC § 1985(2)&(3).

Supporting Facts:  Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On about 1-7-21 at the height of the Covid pandemic there was a change/ rotation in staff personnel at the Mens Central Jail in Los Angeles County, 4400 D-Row. On the first day of their transition(as is common practice in corrections) the officers attempted to assert their authority by demanding that Plaintiff, amongst 20 other inmates pack and cram into the dayroom(20' x 20' ft in diameter), for recreation, for 1½ hours, despite Covid-19 prevention/ management policies or guidelines established by the Center for Disease Control and Prevention(CDC), requiring social distancing and mask wearing protocol, etc.

When Plaintiff, several Hispanic, and other inmates representing each faction, protested, and requested to speak to a supervisor, Defendant Marroquin, and the other deputies present refused to call their Sergeant, stating he "was the one in charge", "so if there was

*If there is more than one claim, describe the additional claims on another attached piece of paper using the same outline

Cont. Claim 1-Supp. Facts
Page 2 of 3

anything they needed to talk to the Sgt. about, they could discuss it with him."

The Plaintiff, and other inmates at the time had discussed the program with Marroquin, and it was thought that they'd come to an understanding that it would run under protocol as it did with former staff re Covid precautionary measures at the jail. Although days later, on 1-9-21 at about 10:30 a.m, on a Saturday, Marroquin disregarded the agreement, and rushed the inmates into the dayroom for recreation. Again they asked to speak with the Sgt. Defendant Marroquin asserted that there was "no Sgt. on duty", so the Plaintiff demanded to talk to a "Lieutenant, or some other higher-ups." To no avail.

Their pleas fell on deaf ears, whereas they proceeded to go from the dayroom to the shower area, for their shower, while still asking to speak to higher-ups.

As they were about to exit the shower area, and head back to their assigned cells, Defendants Marroquin, Valle De Cruz, Gibbons, Tamayo, Flores, Carrillo, Loaiza, Flores, Quintero, and Alonso, asked Plaintiff and the other inmates to come to the gate and cuff up, as they were going "to the hole"(Administrative Segregation). Again the inmates asked for a Sergeant(with Defendants Gage, and John Doe 1 seen to be present), or higher-ups. The inmates were now concerned why they were going to the hole for questioning why Covid prevention protocol wasn't being followed.

The gate was then opened where the deputies then rushed the inmates(including Plaintiff), grabbing, punching, kicking, kneeing, and tasing them, resulting in a melee, subjecting them to unnecessary/excessive force.

The inmates were then taken to medical for evaluations, treatment, yet the medical reports were prepared by unauthorized involved deputies, rather than medical staff...omitting the severity and actual injuries sustained by the

Cont. Claim 1- Supp. Facts
Page 3 of 3

inmates.

Successive medical request for an honest evaluation were unresponded to, complaining of back pain, injuries to Plaintiff's shoulder, etc. Where he was transferred back to prison before being reevaluated, or a finding reached on Grievance Ref# 5100-20-21-0217-257, filed on 2-15-21.

A week after this incident, Defendant Villanueva, and the Los Angeles County Sheriff's Department was placed under investigation by Attorney General Xavier Becerra re the pattern of excessive force, retaliation, and other misconduct at the jail, and throughout the Department, involving LASD management and personnel, after the U.S House of Representatives Committee on Oversight and Reform called on the Department of Justice to investigate the Sheriff's Dep't following mass protest by the public.

Plaintiff was aware that Defendant Marroquin had been the subject of multiple complaints, where the Administrations acquiescence to the lapse in legitimate policing practices reported by Congress and the DOJ is seen in the delayed response to his grievance, or counterfeit investigation thereto despite the scrutiny.

Injury:

    -Emotional/ mental distress

---

## Claim II

·8th Amendment violation- Cruel And Unusual Punishment; Monell Official Policy

    -Excessive Force

    -Deprived Medical Treatment

·14th Amendment violation- Due Process

    -Deprived Medical Treatment

Cont.add.pg...

```
Cont. Claim II- Supp. Facts
Page 2 of 2
```

Supporting Facts:

     ...Same as in Claim I above.

Injury:

     -Back pain, shoulder injuries, abrasions, contusions, jaw allignment;

     -Emotional/ mental distress.

---

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

-Compensatory damages in the amount of $10, 000 from each defendant;

-Punitive damages in the amount of $10, 000 from each defendant...
to include emotional/ mental distress;

-Any additional relief the court deems equitable, and just.

9-24-22
(Date)

_Arturo Bernal_
(Signature of Plaintiff)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Arturo Bernal

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

Alex Villanueva, et al.

**(b)** County of Residence of First Listed Plaintiff    Kern
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
3000 W. Cecil Ave, Delano, CA 93215

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No    [X] MONEY DEMANDED IN COMPLAINT: $ 280,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Subjected to excessive force by Sheriff's for exercizing 1st Amend. right

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [X] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 480 Consumer Credit | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 490 Cable, Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 891 Agricultural Acts | [ ] 195 Contract Product Liability | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 893 Environmental Matters | [ ] 196 Franchise | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 895 Freedom of Info. Act | **REAL PROPERTY** | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 210 Land Condemnation | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 220 Foreclosure | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 740 Railway Labor Act | |
| | | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:        Case Number:

CV-71 (02/16)                CIVIL COVER SHEET                Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants?  Kern, and Los Angeles County | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question E, below, and continue from there. If "no," go to question D2 to the right. → | If "yes," your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question E, below. If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ↓ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☐ NO  ☒ YES

If yes, list case number(s):  **22-cv-01423-MEMF(SK)**

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?

If yes, list case number(s):  ☐ NO  ☐ YES

Civil cases are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** *Arthur Bernal*     DATE:  9-24-22

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alex Villanueva (official capacity) | summons and complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285: **1** |
| | Number of parties to be served in this case: **6** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|---|
| *Arturo Bernal* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Marroquin (individual capacity) , George P. | summons and complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|---|
| *Arturo Bernal* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Doe 1 (individual capacity)   Peter A. Valle De Cruz | summons and complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Los Angeles County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|---|
| *Arturo Bernal* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Doe 2 (individual capacity)  Gregory M. Gibbons | summons and complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063 Kern Valley State Prison P.O Box 5101 Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER n/a | DATE 9-24-22 |
|---|---|---|---|
| *Arturo Bernal* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Arturo Bernal | COURT CASE NUMBER<br>CV 22-01423-MEMF (SK) |
|---|---|
| DEFENDANT<br>Doe 3 (individual capacity) Michael O. Tamayo | TYPE OF PROCESS<br>summons and complaint |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Los Angeles County Sheriff's Department |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of:<br>*Arturo Bernal*<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ~~Doe 4~~ (individual capacity)  Daniel A. Flores | summons and complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Arturo Bernal* | | n/a | 9-24-22 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Arturo Bernal | COURT CASE NUMBER CV 22-01423-MEMF (SK) |
|---|---|
| DEFENDANT ~~Doe 4~~ (individual capacity)   Ivan R. Carrillo | TYPE OF PROCESS summons and complaint |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER n/a | DATE 9-24-22 |
|---|---|---|---|
| *Arturo Bernal* | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ~~Doe 4~~ (individual capacity)  Timothy J. Loaiza | summons and complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~Arturo Bernal, G39063~~  Los Angeles County Sheriff's Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G30063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Arturo Bernal* | n/a | 9-24-22 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ~~Individual~~ ~~Doe 3 (official capacity)~~ James N. Flores | summons and complaint |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Arturo Bernal* | | n/a | 9-24-22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Arturo Bernal | COURT CASE NUMBER<br>CV 22-01423-MEMF (SK) |
|---|---|
| DEFENDANT Individual<br><s>Doe 4</s> (official capacity)   Angelo N. Quintero | TYPE OF PROCESS<br>summons and complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Los Angeles County Sheriff's Department |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of:<br>*Arturo Bernal*   ☒ PLAINTIFF   ☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT ~~Doe 3 (official~~ **Individual** capacity) Arturo Alonso | TYPE OF PROCESS |
|---|---|
| | summons and complaint |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Arturo Bernal, G39063
Kern Valley State Prison
P.O Box 5101
Delano, CA 93216

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER n/a    DATE 9-24-22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT Individual | TYPE OF PROCESS |
|---|---|
| Doc 4 (official capacity) Jerome A. Gage | summons and complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Arturo Bernal* | | n/a | 9-24-22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Arturo Bernal | COURT CASE NUMBER<br>CV 22-01423-MEMF (SK) |
|---|---|
| DEFENDANT<br>~~Doe 3~~ (official capacity) Jerome A. Gage | TYPE OF PROCESS<br>summons and complaint |

SERVE
AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be<br>served with this Form 285 — 1 |
| | Number of parties to be<br>served in this case — 6 |
| | Check for service<br>on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of:<br>*(signature)* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>9-24-22 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process | District of<br>Origin<br>No. | District to<br>Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the
individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ~~Doe 4~~ (official capacity)   Christopher H. Le | summons and complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** { | Los Angeles County Sheriff's Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Arturo Bernal, G39063 | Number of process to be served with this Form 285 | 1 |
| Kern Valley State Prison | Number of parties to be served in this case | 6 |
| P.O Box 5101 | Check for service | |
| Delano, CA 93216 | on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Arturo Bernal* | | n/a | 9-24-22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Doe 1 (official capacity) Individual | summons and complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Los Angeles County Sheriff's Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 110 N. Grand Ave., Rm. 525, Los Angeles |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Arturo Bernal* | n/a | 9-24-22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Doe 1 (official capacity) | summons and complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Arturo Bernal, G39063<br>Kern Valley State Prison<br>P.O Box 5101<br>Delano, CA 93216 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

Signature of Attorney other Originator requesting service on behalf of:   *Arturo Bernal*   [X] PLAINTIFF   [ ] DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| n/a | 9-24-22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21



Arturo Bernal G39065
K-V-S-P A3-229
P.O. Box 5101,
Delano, CA 93216.

KVSP LEGAL MAIL



United States District Court
Central District of California
Office of the Clerk
255 EAST Temple St., Room # 180
Los Angeles, California 90012

