**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arturo Bernal | CV 22-01423-MEMF (SK) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alex Villanueva (official capacity) | summons and complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Los Angeles County Sheriff's Department
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
110 N. Grand Ave., Rm. 525, Los Angeles, CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Arturo Bernal, G39063
Kern Valley State Prison
P.O Box 5101
Delano, CA 93216

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Los Angeles County Sheriff's Dep't
Civil Management Bureau-Los Angeles Office
(Same address as above)
ph. (213) 972-3930

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
*Arturo Bernal*
TELEPHONE NUMBER: n/a
DATE: 9-24-22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 14
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk
Date: 10-24-22

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 1-11-23   Time: 0959   [X] am   [ ] pm

Address *(complete only if different than shown above)*
Signature of U.S. Marshal or Deputy
3152C

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

ALEX VILLANUEVA IS NO LONGER EMPLOYED WITH THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: EEE   DEPUTY

REC'D USMS C/CA - CIVIL
OCT 24 '22 PM 12:47

Form USM-285
Rev. 03/21