UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-01423-MEMF (SK) | Date | March 14, 2023 |
|---|---|---|---|
| Title | Arturo Bernal v. Alex Villanueva et al | | |

Present: The Honorable   Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

In this prisoner civil rights suit, Defendants have filed five motions to dismiss and one motion for judgment on the pleadings.[1]  (ECF 43, 67, 70, 74, 78, 81).  For each of these motions, the Court set the due date for Plaintiff's oppositions.  (*See* ECF 44, 45, 68, 69, 71, 72, 75, 76, 80, 81, 83).  To date, Plaintiff has opposed only the motion to dismiss by Defendants Jerome A. Gage and Gregory M. Gibbons.  (ECF 64).  He has not timely opposed:

- The motion to dismiss by Defendants Ivan R. Carrillo, Angelo N. Quintero, Peter A. Valle De Cruz on January 17, 2023 (ECF 67);

- The motion to dismiss by Defendant James N. Flores on January 24, 2023 (ECF 70);

- The motion to dismiss by Defendant Arturo Alonso on January 26, 2023 (ECF 74);

- The motion for judgment on the pleadings by Defendants Christopher H. Le, George P. Marroquin, Michael O. Tamayo on January 30, 2023 (ECF 78); and

- The motion to dismiss by Defendant Timothy J. Loaiza on February 2, 2023 (ECF 81).

Plaintiff is thus ordered to show cause in writing by no later than **April 11, 2023**, why his First Amended Complaint should not be dismissed (except as to Defendants Gage and Gibbons) for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1; *see also* L.R. 7-12

---

[1] Defendant Daniel A. Flores has not been timely served.  Plaintiff was notified in writing by the U.S. Marshal's service that this Defendant no longer works for the Los Angeles County Sheriff's Department, so he could not be served there.  (ECF 59).  Since then, Plaintiff has provided no alternative place to serve that Defendant, nor sought an extension of time to complete service.  Defendant Flores is therefore separately subject to dismissal for failure to serve.  *See* Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-01423-MEMF (SK) | Date | March 14, 2023 |
|----------|-------------------------|------|----------------|
| Title | Arturo Bernal v. Alex Villanueva et al | | |

(failure to oppose a motion to dismiss "may be deemed consent to the granting of the motion"). Plaintiff may discharge this order by filing a consolidated opposition to the pending motions by no later than **April 11, 2023**. Alternatively, Plaintiff may voluntarily dismiss the Defendants with pending unopposed motions using the attached Form CV-09. But if Plaintiff files no timely consolidated opposition, a notice of voluntary dismissal, or other timely response to this order, this action may be involuntarily dismissed against those Defendants with no further notice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**