JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTURO BERNAL,

              Plaintiff,

v.

ALEX VILLANUEVA, et al.

              Defendants.

Case No. 2:22-cv-01423-WLH (SK)

**JUDGMENT**

      In accordance with the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 21, 2023

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE